UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BENJAMIN RIEDER,

          Plaintiff,

-against-

CHESTNUT HOLDINGS OF NEW YORK, INC, and JONATHAN WIENER,

          Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _8/26/2025_

25 Civ. 5173 (AT)

**ORDER**

ANALISA TORRES District Judge:

    By order dated June 25, 2025, the Court ordered the parties to submit a joint letter and proposed case management plan by August 25, 2025.  ECF No. 12.  Those submissions are now overdue.  Accordingly, by **September 23, 2025**, the parties shall submit their joint letter and proposed case management plan.

    SO ORDERED.

Dated: August 26, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge