UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

BENJAMIN RIEDER,

               Plaintiff,

      -against-


CHESTNUT HOLDINGS OF NEW YORK, INC, and
JONATHAN WIENER,

              Defendants.

------------------------------------------------------------------X

Docket No.: 1:25-cv-05173(AT)

### STIPULATION REGARDING PLAINTIFF'S FILING OF A SECOND AMENDED COMPLAINT ON CONSENT FROM DEFENDANTS

      **WHEREAS**, Plaintiff filed the Complaint on June 23, 2025 and the First Amended Complaint on August 22, 2025;

      **WHEREAS**, the parties have met and conferred regarding Plaintiff's request to amend, and Defendants consent to Plaintiff's filing of a Second Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2);

      **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for all parties, subject to the Court's approval and without waiver of any defenses, objections or motions that Defendants may have with respect to the Second Amended Complaint, as follows:

1. Pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiff is granted leave to file a Second Amended Complaint.

2. Defendants' time to answer, move against or otherwise respond to the Second Amended Complaint shall be thirty (30) days after it is filed.

Dated: November 5, 2025

By: *Chaim Book*
    _____
**BOOK LAW LLP**
Chaim B. Book, Esq
Jared A. Nossen, Esq.
7 Times Square, 19th Floor
New York, New York 10036
Tel: (212) 244-0344
*Attorneys for Plaintiff*

Dated: November 5, 2025

By: *s/ Joshua A. Druck*
    _____
**GIMIGLIANO MAURIELLO &
MALONEY, P.A.**
Joshua A. Druck, Esq.
Michelle Yong, Esq.
16 West 22nd Street, 10th Floor
New York, New York 10010
Tel: (646) 859-5800
*Attorneys for Defendants*