UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BENJAMIN RIEDER,

                       Plaintiff,

        -against-

CHESTNUT HOLDINGS OF NEW YORK, INC, and
JONATHAN WIENER,

                      Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __12/22/2025____

25 Civ. 5173 (AT)

**ORDER**

ANALISA TORRES District Judge:

      On October 24, 2025, the Court ordered that the parties shall submit their joint letter and proposed case management plan by November 26, 2025, notwithstanding Plaintiff's request to adjourn to the deadline to 15 days after Defendants file an answer to Plaintiff's second amended complaint. ECF No. 25. That submission is now overdue. Accordingly, by **January 19, 2026,** the parties shall submit their joint letter and proposed case management plan.

      SO ORDERED.

Dated: December 22, 2025
      New York, New York

_____
ANALISA TORRES
United States District Judge